PER CURIAM. The court, in making the order appealed from, did nothing except what it was provided by the judgment entered herein it should do. and, in the settling of the form of the deed, in no way exceeded the judgment which had been entered. The order appealed from should be affirmed, with $10 costs and disbursements.

(68 Hun, 127.)

In re BLEWITT.

(Supreme Court, General Term, First Department.   March 17, 1893.)

Petition of James Blewitt that he be adjudged sane.   From an order denying the petition, petitioner appeals.   Affirmed.
    For former report, see 16 N. Y. Supp. 305; 18 N. Y. Supp. 607.
    Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

    Abram Kling, for appellant.
    Lorenzo Semple, for respondent.

PER CURIAM. Nothing needs to be added to the opinion of the special term, upon which the order may well be affirmed, except that it appears from the record that the alleged lunatic has escaped from the custody of the committee, and has left the state of New York, and refuses to disclose his whereabouts; so that it is impossible to procure an examination to be made by a disinterested physician as to his present mental condition.   We think the order should be affirmed, with costs.

COOKE, Respondent, v. PHENIX BRIDGE CO., Appellant.

(Supreme Court, General Term, First Department.   March 17, 1893.)

Action by Cornelius L. Cooke against the Phenix Bridge Company.
    Robinson, Biddle & Ward, for appellant.
    A. A. Redfield, for respondent.
    No opinion.   Judgment affirmed, with costs.

DUEBER WATCH–CASE MANUF'G CO., Respondent, v. FAHYS, et al., Appellants.

(Supreme Court, General Term, First Department.   March 17, 1893.)

Action by the Dueber Watch-Case Manufacturing Company against Joseph Fahys and others.
    Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
    W. A. Jenner, for appellant.
    Mr. Oldham, for respondent.
    No opinion.   Order affirmed, with $10 costs and disbursements.   See 22 N. Y. Supp. 69.

CARYL v. STAFFORD.

(Supreme Court, General Term, First Department.   April 14, 1893.)

Action by Julius H. Caryl against Francis X. Stafford.
    Thos. Spratt, for plaintiff.
    N. J. Waterbury, Jr., for defendant.
    No opinion.   Motion denied.